UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-80399 |
| **RONDA K FOREMAN** | ) | |
| | ) | |
| **7736 MESA ST** | ) | |
| **LOVES PARK, IL 61111** | ) | |
| | ) | |
| Debtor(s) | ) | |
| | ) | Judge: Thomas Lynch |

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

QUANTUM3 GROUP LLC  
PO BOX 2489  

KIRKLAND WA 98083-2489

QUANTUM3 GROUP AS AGENT FOR  
KATAPULT GROUP LLC  
PO BOX 788  
KIRKLAND WA 98083-0788

PLEASE TAKE NOTICE that I will appear before the Honorable Thomas M. Lynch or any judge sitting in that Judge's place **either** in courtroom 3100 of the Stanley J. Roszkowski U.S. Courthouse, 327 South Church St, Rockford, Illinois 61101 **or** electronically as described below at the following date and time:

**July 27, 2023 at 8:45 A.M.**

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government (audio only).**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com. Then enter the meeting ID and password.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password**. The meeting ID for this hearing is 160 291 5226 and password is 852255. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

### Certificate of Mailing

The undersigned certifies that a copy of this objection, notice and order were mailed to the Debtor(s) at the address on file with the Trustee's office, the creditor listed above in envelopes addressed as indicated bearing first class postage on the 15 day of June 2023. I further certify that a copy was served on the Debtor(s)' attorney via electronic notification that occurs automatically upon the filing of said objection. The creditor's copies of this Notice and the envelopes addressed to all creditors' addresses were mailed to the attention of an officer, a managing or general agent or agent authorized by law to receive service of process.

/s/Heather Fagan  
For Lydia S. Meyer, Trustee

---

### OBJECTION TO COURT CLAIM #21

Now comes Lydia S. Meyer, Chapter 13 Trustee, and objects to the claim of QUANTUM3 GROUP LLC and in support thereof, states the following:

1. QUANTUM3 GROUP LLC filed a secured claim on June 13, 2023 (#21 on PACER) in the amount of $321.45; the claim fails to include proof of proper perfection of the creditor's security interest.

WHEREFORE, the Trustee prays that said claim of QUANTUM3 GROUP LLC be allowed as unsecured, and for such other and further relief as this court deems proper.

Respectfully Submitted:

/s/ Lydia S. Meyer  
Lydia S. Meyer. Trustee  
P.O. Box 14127  
Rockford, IL 61105-4127